UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JULIUS NASSO, individually and derivatively as a shareholder of SEAGAL-NASSO PRODUCTIONS, INC., SEAGAL-NASSO DISTRIBUTION LLC and SEGAL-NASSO FILMS, INC.,

                              Plaintiffs,

-against-

STEVEN SEAGAL and STEAMROLLER PRODUCTIONS, INC.,

                              Defendants.

03 Civ. 00442 (CPS)(RML)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiffs Julius R. Nasso, individually and as derivatively as a shareholder of Seagal-Nasso Productions, Inc., Seagal-Nasso Distribution LLC and Seagal-Nasso Films, Inc., and defendants Steven Seagal and Steamroller Productions, Inc. that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own fees, costs and expenses.

Dated:      New York, New York
              December 21, 2007

                                          HANTMAN & ASSOCIATES

                                          By_____
                                             Robert J. Hantman (RH 3947)
                                           Attorneys for Plaintiffs Julius R. Nasso,
                                              individually and as derivatively as a
                                              shareholder of Seagal-Nasso
                                              Productions, Inc., Seagal-Nasso
                                              Distribution LLC and Seagal-Nasso
                                              Films, Inc.
                                              1414 Avenue of the Americas, Suite 406
                                              New York, New York 10019
                                              Tel.: (212) 684-3933
                                              Fax: (212) 755-1989
                                              Email: hantmanrj@aol.com

CHADBOURNE & PARKE LLP

By: _____
    Thomas J. Hall (TH 3398)
    Eric J. Przybylko (EP 0329)
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
Email: thall@chadbourne.com
        eprzybylko@chadbourne.com

McDERMOTT WILL & EMERY LLP
    Abbe D. Lowell
600 13th Street, N.W.
Washington, D.C. 20005
Tel.: (202) 756-8000
Fax: (202) 756-8087

Attorneys for Defendants Steven Seagal
and Steamroller Productions, Inc.

SO ORDERED:

s/Hon. Charles P. Sifton
_____
Charles P. Sifton
United States District Judge

1/03/07

2